SIBERIAN FUR & FLAX CO., LTD., Appellant, *v.* IRVING TRUST COMPANY, Respondent.

Argued January 25, 1938; decided March 8, 1938.

*Harris Jay Griston* and *Samuel Fine* for appellant.

*William A. Onderdonk* and *Paul E. Mead* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.